# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>  Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY,<br><br>  Defendant. | Case No. 2:24-cv-00171-RAL |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gabriel McMorland hereby voluntarily dismisses with prejudice her claims against Defendant The Lovesac Company.

Dated: May 30, 2024

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson (PA 56557)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*